IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE MARTIN                                                                                      PLAINTIFF
ADC #106491

V.                                           5:15CV00331 BSM/PSH

GRAYDON *et al*                                                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff, an inmate at the Arkansas Department of Correction's Tucker Maximum Security Unit, filed a *pro se* complaint (docket entry 2), pursuant to 42 U.S.C. § 1983, along with an application for leave to proceed *in forma pauperis* (docket entry 1), on October 16, 2015.

Because plaintiff's complaint should be dismissed without prejudice, pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), his application for leave to proceed *in forma pauperis* should be denied.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in*

*forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that plaintiff has had three or more prior civil actions dismissed as frivolous or for failure to state a claim upon which relief may be granted.[1] Plaintiff's three strikes have previously been recognized in this district. *See Martin v. Frazier et al.*, ED/AR No. 5:08CV0037; *Martin v. Straughn*, ED/AR No. 5:14CV00351. The Court additionally finds, based on the allegations contained in plaintiff's present complaint, that he is not in imminent danger of serious physical injury. Specifically, plaintiff asserts that he saw another inmate, in a different cell, masturbating in plaintiff's view, while looking at him and two guards. Plaintiff also complains that officials investigating a grievance he filed about the incident never contacted him, and conducted the investigation improperly. Although plaintiff claims certain inmates want to kill him because of his grievance, he has provided no specific names, and asserts the Court can determine which inmates are a threat by reviewing video and disciplinary histories of numerous other inmates. Such vague claims do not describe imminent danger of serious physical injury.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's application for leave to proceed *in forma pauperis* (docket entry 1) be DENIED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE. If plaintiff wishes

---

[1] *See Martin v. Plegge, et al.*, ED/AR No. 4:89CV00896; *Martin v. Little Rock City Jail*, ED/AR No. 4:94CV00642; *Martin et al. v. Pulaski County Regional Detention Facility*, ED/AR No. 4:94CV000809; *Martin v. Little Rock Police Department*, ED/AR No. 4:94CV00516.

to continue this case, he should be required to submit the statutory filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the entry date of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case should be reopened.

2. The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from its order and judgment would not be taken in good faith.

DATED this 2nd day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE