IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LAWRENCE MARTIN**     **PLAINTIFF**
ADC #106491

v.     CASE NO. 5:15CV00331 BSM

**GRAYDON et al.**     **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris and plaintiff Lawrence Martin's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD are hereby approved and adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Martin's motion for leave to proceed *in forma pauperis* [Doc. No. 1] is denied and his complaint is dismissed without prejudice. If Martin wishes to reopen this case, he must file a motion to reopen along with the $400 filing and administrative fees to the clerk of the court, referring to the above case number, within thirty days of entry of this order.

2. It is certified that an *in forma pauperis* appeal from this order or the accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

3. Martin's remaining motions [Doc. Nos. 3, 4] are denied as moot.

IT IS SO ORDERED this 23rd day of November 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE