**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LAWRENCE MARTIN**                                                                                    **PLAINTIFF**
**ADC #106491**

**v.**                                        **CASE NO. 5:15CV00331 BSM**

**GRAYDON et al.**                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed without prejudice.

DATED this 23rd day of November 2015.

_____
UNITED STATES DISTRICT JUDGE